**Electronically Filed
Supreme Court
SCWC-15-0000663
07-MAY-2018
08:08 AM**

SCWC-15-0000663

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

DANE S. FIELD, TRUSTEE OF THE BANKRUPTCY ESTATE OF ALOHA SPORTS INC., Petitioner/Plaintiff-Appellant,

vs.

THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, AN UNINCORPORATED ASSOCIATION, Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000663; CIVIL NO. 06-1-1832)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant's application for writ of certiorari, filed on March 25, 2018, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, May 7, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

